```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 09298
    JANICE W SUMLIN
    STANLEY E SUMLIN                                CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-8195      SSN XXX-XX-1250

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/22/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED VEHIC   16726.00         619.92        3132.26
WELLS FARGO AUTO FINANCE  UNSEC W/INTER     188.36            .00            .00
WELLS FARGO AUTO FINANCE  NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC   14300.00         509.84        3372.52
WELLS FARGO AUTO FINANCE  UNSEC W/INTER    6190.35            .00            .00
WELLS FARGO AUTO FINANCE  NOTICE ONLY     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         8033.57            .00            .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED           .00            .00
DISTRICT COUNSEL          NOTICE ONLY     NOT FILED           .00            .00
US ATTORNEY               NOTICE ONLY     NOT FILED           .00            .00
AMEX                      UNSEC W/INTER   NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    4688.40            .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    3529.38            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    4043.77            .00            .00
CAPITAL ONE               UNSEC W/INTER    1306.77            .00            .00
CAPITAL ONE               UNSEC W/INTER     519.50            .00            .00
CLC CONSUMER SERVICES     UNSEC W/INTER    8229.28            .00            .00
CAPITAL ONE               UNSEC W/INTER    1428.03            .00            .00
CAPITAL ONE               UNSEC W/INTER    3123.32            .00            .00
CITIFINANCIAL SERVICES    UNSEC W/INTER    2391.83            .00            .00
CROSS COUNTRY BANK        UNSEC W/INTER   NOT FILED           .00            .00
CROSS COUNTRY BANK        UNSEC W/INTER   NOT FILED           .00            .00
DEVON FINANCIAL SERVICE   PRIORITY          956.90            .00            .00
GALAI KARAM               UNSEC W/INTER     300.00            .00            .00
HFC USA                   UNSEC W/INTER   16065.53            .00            .00
LEADING EDGE RECOVERY SO  UNSEC W/INTER   NOT FILED           .00            .00
CHARTER ONE BANK          NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    4072.01            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER    3525.32            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER    2385.97            .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER      38.73            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    2160.97            .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09298 JANICE W SUMLIN & STANLEY E SUMLIN
```

```
TIMOTHY K LIOU            DEBTOR ATTY    1,314.20                         .00
TOM VAUGHN                TRUSTEE                                      545.46
DEBTOR REFUND             REFUND                                          .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   8,180.00

PRIORITY                                              .00
SECURED                                          6,504.78
    INTEREST                                     1,129.76
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               545.46
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    8,180.00            8,180.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 05/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE